IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **WALTER RAY REDMOND,**<br><br>                 Plaintiff,<br><br>vs.<br><br>**UTAH WORKFORCE COMMISSION et al.,**<br><br>                 Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No.  2:07CV928 DAK |

      This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate David Nuffer under 28 U.S.C. § 636(b)(1)(B).  On October 6, 2008, the Magistrate Judge issued a Report and Recommendation, recommending that the court dismiss Plaintiff's claims against "Salt Lake City Police Dept." and "Salt Lake Sheriff's."

      Plaintiff did not file an Objection to the Report and Recommendation, and the time for doing so has passed.[1]  After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation in its entirety.  Accordingly, Plaintiff's claims against the Salt Lake City Police Department and the Salt Lake Sheriff's Officer are DISMISSED.   Plaintiff's claims against the DWS Defendants will be allowed to proceed.

---

[1] The Report and Recommendation, which was mailed to Plaintiff on October 6, 2008, was returned as "undeliverable."  *See* Docket # 70.  On October 23, 2008, Plaintiff filed a Notice of Change of Address.  It is unclear whether Plaintiff ever received the Report and Recommendation, but in any event, the time for objecting had expired by the time the Notice of Change of Address was filed.

DATED this 25th day of November, 2008.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge